Rebecca Hyde Skordas (#6409)
**SKORDAS, CASTON & HYDE, LLC**
341 So. Main Street, Suite 303
Salt Lake City, UT 84111
Telephone:  (801) 531-7444
Facsimile:  (801) 531-8885
Attorneys for Scott Robertson

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JON ROBERTSON,<br><br>Defendant. | **MOTION TO QUASH SUBPOENA**<br><br>Case No. 1:11-CR-00023<br><br>Judge Clark Waddoups |

  Scott Robertson, by and through counsel of record, Rebecca H. Skordas, moves this Court to Quash the Subpoena Duces Tecum served by the defendant, Jon Robertson in the above entitled matter.   Scott Robertson bases this motion on the grounds set forth in the attached Memorandum in Support of Motion to Quash.

  RESPECTFULLY SUBMITTED this __13th_ day of April, 2012.

            SKORDAS, CASTON & HYDE, LLC


            /s/Rebecca Hyde Skordas
            Rebecca Hyde Skordas

## CERTIFICATE OF SERVICE

I hereby certify that on this __13th__ day of April, 2012, I filed a true and correct copy of the foregoing MOTION TO QUASH SUBPOENA, with the Clerk of the Court using CM/ECF system, which sent notification of such filing to the following:

> Kimberly M. Shartar – kimberly.m.shartar@usdoj.gov
> Monica B. Edelstein – monica.edelstein@usdoj.gov
> Stewart C. Walz – stewart.walz@usdoj.gov
> Neil A. Kaplan – nak@clydesnow.com
> D. Loren Washburn - dlw@clydesnow.com
> Jennifer A. James - jaj@clydesnow.com

/s/Rebecca Hyde Skordas
Rebecca Hyde Skordas